# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARAKA MTUMI RAFIKI BETTS,** <br> Petitioner, <br> v. <br> UNITED STATES OF AMERICA, <br> Respondent. | No. LA CV 16-03828-VBF <br> CR16-3828-VBF <br> **FINAL JUDGMENT** |

Pursuant to this Court's Order Denying the 28 U.S.C. Section 2255 Habeas Corpus Motion, **final judgment is hereby entered in favor of respondent and against petitioner Baraka Mtumi Rafiki Betts.**

Dated: October 13, 2017

_____
VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE